N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELINDA KOHLES ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:19-CV-00122-ELR-CMS |
| vs. ) | |
| ) | |
| AMERIFLEET TRANSPORTATION, ) | |
| INC. and METROGISTICS, LLC ) | |
| ) | |
| Defendants. ) | |

## STATUS UPDATE REGARDING MEDIATION

Defendants AmeriFleet Transportation, Inc. and MetroGistics, LLC (the "Defendants") hereby file this Status Update Regarding Mediation, as outlined in the Court's Order. [Dkt. 36].

1. On September 10, 2019, the Parties filed a Joint Motion for Mediation and Stay of Discovery and Other Deadlines Pending Mediation (the "Motion"). [Dkt. 35]. Therein, the Parties requested a settlement conference before a Magistrate Judge in order to mediate and potentially resolve Plaintiff's claim against Defendants.

2. On September 10, 2019, the Court entered an Order granting the Motion, and referred this case to United States Chief Magistrate Judge Alan J.

Baverman for assignment to the next available Magistrate Judge for mediation at the earliest available date. [Dkt. 36].

3. On September 17, 2019, this action was assigned to Magistrate Judge John K. Larkins III for mediation on October 9, 2019. [Dkt. 37].

4. On October 7, 2019, the Parties reached a settlement agreement in advance of mediation.

5. The final settlement agreement will be executed and the dismissal will be filed by November 11, 2019.

6. Defendants' Counsel attempted but was unable to reach Plaintiff's Counsel for consent for this Status Update.

Respectfully submitted this 14th day of October, 2019.

        *s/ Amelia M. Willis*
        Amelia M. Willis, Esq.
        Georgia Bar No. 055872
        OGLETREE DEAKINS NASH SMOAK &
           STEWART, P.C.
        One Ninety One Peachtree Tower
        191 Peachtree Street, N.E., Suite 4800
        Atlanta, Georgia 30303
        Telephone:  (404) 881-1300
        amie.willis@ogletreedeakins.com

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELINDA KOHLES ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:19-CV-00122-ELR-CMS |
| vs. ) | |
| ) | |
| AMERIFLEET TRANSPORTATION, ) | |
| INC. and METROGISTICS, LLC ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on October 14th, 2019, I electronically filed the STATUS UPDATE REGARDING MEDIATION with the Clerk of Court using the CM/ECF system which will send notification to the attorney of record:

Jordan Johnson
5 Dunwoody Park
Suite 100
Atlanta, GA 30338

*s/ Amelia M. Willis*
Amelia M. Willis
Georgia Bar No. 055872

3