IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELINDA KOHLES ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:19-CV-00122-ELR-CMS |
| vs. ) | |
| ) | |
| AMERIFLEET TRANSPORTATION, ) | |
| INC. and METROGISTICS, LLC ) | |
| ) | |
| Defendants. ) | |

## **JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Belinda Kohles and Defendants AmeriFleet Transportation, Inc. and MetroGistics, LLC hereby stipulate to the dismissal with prejudice of the instant lawsuit. Each party will bear its own attorneys' fees and costs.

Respectfully submitted this 25th day of November, 2019.

                              *s/ Amelia M. Willis*
                              Amelia M. Willis, Esq.
                              Georgia Bar No. 055872
                              OGLETREE DEAKINS NASH SMOAK &
                               STEWART, P.C.
                              One Ninety One Peachtree Tower
                              191 Peachtree Street, N.E., Suite 4800
                              Atlanta, Georgia 30303

Telephone: (404) 881-1300
amie.willis@ogletreedeakins.com

*Attorney for Defendants*


*s/ Jordan Johnson*
Jordan Johnson, Esq.
Georgia Bar No. 673643
Bernard & Johnson, LLC
5 Dunwoody Park, Suite 100
Atlanta, GA 30338
Telephone: (404) 477-4755
alex@justice.law

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| BELINDA KOHLES | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 1:19-CV-00122-ELR-CMS |
| vs. | ) | |
| | ) | |
| AMERIFLEET TRANSPORTATION, | ) | |
| INC. and METROGISTICS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on November 25, 2019, I electronically filed the JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send notification to the attorney of record:

> Jordan Johnson
> 5 Dunwoody Park
> Suite 100
> Atlanta, GA 30338

> *s/ Amelia M. Willis*
> Amelia M. Willis
> Georgia Bar No. 055872

3